AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, , Peter C. | Southern District of California | 11/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
2003 W. Adams, Suite 230
El Centro, CA 92243

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 2. LPL Financial (cash holding acct) | A | Int./Div. | M | T | | | | | |
| 3. Stocks: | | | | | | | | | |
| 4. CVX | A | Dividend | K | T | | | | | |
| 5. CBR | A | Dividend | J | T | | | | | |
| 6. MRK | A | Dividend | J | T | | | | | |
| 7. GMB (symbol change to GM, see #16) | | | | | | | | | |
| 8. GTPP | A | Dividend | | | Sold | 03/27/14 | J | A | |
| 9. HIG'A | A | Dividend | | | Sold | 10/16/15 | J | C | |
| 10. VE (symbol change to VEOEY, see #30) | | | | | | | | | |
| 11. AA'B | A | Dividend | J | T | Buy | 05/18/15 | J | | |
| 12. ACAS | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 13. AU | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 14. MT | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 15. CWCO | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 16. GM | A | Dividend | J | T | | | | | |
| 17. GFI | A | Dividend | J | T | Buy | 05/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HPT | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 19. HGT | A | Dividend | J | T | Buy | 05/18/15 | J | | |
| 20. MIL | A | Dividend | J | T | Buy | 05/27/15 | J | | |
| 21. NCT | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 22. NRZ | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 23. NAT | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 24. APTS | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 25. QCOM | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 26. RMR | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 27. SBGL | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 28. STAG | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 29. UMH | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 30. VEOEY | A | Dividend | J | T | | | | | |
| 31. HCN | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 32. WSR | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 33. AUY | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 34. FAX | A | Dividend | J | T | Buy | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FCO | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 36. Bonds: | | | | | | | | | |
| 37. AES Trust III | A | Interest | J | T | | | | | |
| 38. (pcl) IRA: | | | | | | | | | |
| 39. LPL Financial (cash holding acct) | A | Int./Div. | J | T | | | | | |
| 40. ACAS | A | Dividend | J | T | | | | | |
| 41. MIC | A | Dividend | | | Sold | 11/24/15 | J | A | |
| 42. IPG | A | Dividend | J | T | | | | | |
| 43. WSR | A | Dividend | J | T | | | | | |
| 44. IRET | A | Dividend | J | T | | | | | |
| 45. NRP | A | Dividend | J | T | | | | | |
| 46. (mtl) IRA: | | | | | | | | | |
| 47. LPL Financial (cash holding acct) | A | Int./Div. | J | T | | | | | |
| 48. ARCC | A | Dividend | J | T | | | | | |
| 49. AEC | A | Dividend | | | Sold | 07/06/15 | J | B | |
| 50. HCN | A | Dividend | J | T | | | | | |
| 51. XL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PSEC | A | Dividend | J | T | | | | | |
| 53. MFG | A | Dividend | J | T | | | | | |
| 54. UMH | A | Dividend | J | T | | | | | |
| 55. NCT | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 56. APTS | A | Dividend | J | T | Buy | 07/06/15 | J | | |
| 57. Trust #1 | E | Dividend | P2 | T | | | | | |
| 58. - Morgan Stanley Account: cash sweep | | | | | | | | | |
| 59. - Morgan Stanley Account: Abbott Labs | | | | | | | | | |
| 60. - Morgan Stanley Account: BofA corp stock | | | | | | | | | |
| 61. - Morgan Stanley Account: Brookfield | | | | | | | | | |
| 62. - Morgan Stanley Account: Chevron | | | | | | | | | |
| 63. - Morgan Stanley Account: Conoco Phillips | | | | | | | | | |
| 64. - Morgan Stanley Account: Dominion Res Inc | | | | | | | | | |
| 65. - Morgan Stanley Account: El Paso Pipeline Partners LP | | | | | | | | | |
| 66. - Morgan Stanley Account: Energy Transfer | | | | | | | | | |
| 67. - Morgan Stanley Account: Enterprise Products | | | | | | | | | |
| 68. - Morgan Stanley Account: General Electric | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Morgan Stanley Account: General Mills | | | | | | | | | |
| 70. - Morgan Stanley Account: Health Care REIT | | | | | | | | | |
| 71. - Morgan Stanley Account: Intel Corp | | | | | | | | | |
| 72. - Morgan Stanley Account: AIM Tax-Exempt | | | | | | | | | |
| 73. - Morgan Stanley Account: Johnson & Johnson | | | | | | | | | |
| 74. - Morgan Stanley Account: Kinder Morgan Energy Partners | | | | | | | | | |
| 75. - Morgan Stanley Account: Merck & Co Inc | | | | | | | | | |
| 76. - Morgan Stanley Account: Morgan Stanley stock | | | | | | | | | |
| 77. - Morgan Stanly Account: Morgan Stanley DW Disc | | | | | | | | | |
| 78. - Morgan Stanley Account: Nextera Energy | | | | | | | | | |
| 79. - Morgan Stanley Account: Phillip Morris Intl | | | | | | | | | |
| 80. - Morgan Stanley Account: Phillips 66 | | | | | | | | | |
| 81. - Morgan Stanley Account: Plains All American | | | | | | | | | |
| 82. - Morgan Stanley Account: Procter & Gamble Co | | | | | | | | | |
| 83. - Morgan Stanley Account: Verizon Communications | | | | | | | | | |
| 84. - Morgan Stanley Account: Vodafone Group PLC | | | | | | | | | |
| 85. - Morgan Stanley Account: Wells Fargo & Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Morgan Stanley Account: Western Gas Partners | | | | | | | | | |
| 87. - Morgan Stanley Account: AT&T Inc | | | | | | | | | |
| 88. - Morgan Stanley Account: Exxon Mobil | | | | | | | | | |
| 89. - Morgan Stanley Account: PPL Corp | | | | | | | | | |
| 90. - Morgan Stanley Account: Southern Co | | | | | | | | | |
| 91. - Morgan Stanley Account: Abbvie Inc. | | | | | | | | | |
| 92. - Morgan Stanley Account: Unitrust | | | | | | | | | |
| 93. - Lot: Kern County, CA | | | | | | | | | |
| 94. - Personal belongings | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lewis, , Peter C. | 11/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 8

Assets was sold in March 2014 but were inadvertantly not listed as "sold" on the 2014 Financial Disclosure Report

Line 7

Symbol change to GM, see line 16

Line 10

Symbol change to VEOY, see line 30

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, , Peter C. | 11/01/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Lewis,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544